UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

**DEBTOR:** Billy D. Early and Phylesa A. Early                    **CASE NO. 14-14515**

NOTICE OF HEARING
DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

Please take note that a hearing on the Debtors' Motion to Extend Automatic Stay, will be heard in the United States Bankruptcy Court, Western District of Oklahoma, at 2:00 p.m. on November 25, 2014 before the Honorable Niles Jackson, in the second floor courtroom.

s/Christopher A. Wood
Christopher A. Wood, OBA#12936
CHRISTOPHER A. WOOD & ASSOCIATES, P.C.
1303 N. Western
Oklahoma City, OK 73106
cawlaw@hotmail.com
(405) 525-5005 Telephone
(405) 521-8567 Facsimile
Attorney for Debtors, Billy D. Early and Phylesa A. Early