**United States Bankruptcy Court**
**Western District of Oklahoma**

IN RE:                                                                                          Case No. 14-14515

Early, Billy D. & Early, Phylesa A.                                                   Chapter 13
                    Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Motion to Extend Automatic Stay with Notice of Opportunity for Hearing Document Number 5**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, ~~electronically or~~ by first class mail, postage prepaid, on this __30th__ day of __October__, __2014__.

*/s/ Christopher A. Wood*
Christopher A. Wood 12936
Christopher A. Wood & Associates, P.C.
1303 N. Western
Oklahoma City, OK 73106-6825
(405) 525-5005  Fax: (405) 521-8567
cawlaw@hotmail.com

Early, Billy D.
8649 N.W. 23rd Street
Oklahoma City, OK 73127

Acct Mgmt Resouces Llc
2601 Nw Expwy
Oklahoma City, OK 73112

Ars Account Resolution
1801 Nw 66th Ave Ste 200
Plantation, FL 33313

Bank Of Oklahoma
P O Box 2300
Tulsa, OK 74129

Baptist Hospital
3300 NW Expressway
Oklahoma City, OK 73112

Bk Of Amer
450 American St
Simi Valley, CA 93065

Business Revenue Systems
Obo Raciology Consultants, P.C.
2419 Spy Run Ave.
Fort Wayne, IN 46805

Cac Financial Corp
2601 Nw Expwy
Oklahoma City, OK 73112

City Of Bethany Oklahoma
C/O Millennium Financial Group
5770 N. W. Expressway, Ste 1
Warr Acres, OK 73132

Credit Collections
Obo Oklahoma Publishing Co.
P O Box 60607
Oklahoma City, OK 73146

Credit Solutions Corp
5454 Ruffin Rd., Suite 200
San Diego, CA 92123

Deaconess Emergency Physicians LLC
5501 N. Portland
Oklahoma City, OK 73112

Deaconess Hospital
5501 N Portland Ave
Oklahoma City, OK 73112

Financial Management Services
Obo Integris Baptist Medical Center
4915 S. Union Ave.
Tulsa, OK 74107

Guaranty Bank
4161 Piedmont Pkwy
Greensboro, NC 27410

Hsbc Bank
95 Washington Street
Buffalo, NY 14203

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Kansas Counselors Of K
1421 N Saint Paul St
Wichita, KS 67203

Medical Data Systems
2001 9th Ave. Ste 312
Vero Beach, FL 32960

Mercy Hospital
1730 East Portland Street
Springfield, MO 65804

Morgan & Associates
Obo Integris Baptist Medical Center
2601 NW Expressway Suite 205 East
Oklahoma City, OK 73112-7229

Morgan & Associates
Deaconess Emergency Physicians, Llc.
2601 NW Expressway Suite 205 East
Oklahoma City, OK 73112-7229

Neel Veternary Hospital
C/O Millennium Financial Group
5770 N.W. Expressway, Ste 1
Warr Acres, OK 73132

Oklahoma Tax Commision
P O Box 53248
Oklahoma City, OK 73152-3248

Phoenix Physician Services Inc
4401 W. Memorial #121
Oklahoma City, OK 73134-1722

Pinnacle Credit Services
Obo Alltel Communications
7900 Highway 7 # 100
Saint Louis Park, MN 55426

Rickman & Rickman
P O Box 212269
Columbia, SC 29221

Roundpoint Mtg
5032 Parkway Plaza Blvd
Charlotte, NC 28217

Tulsa Adjustment Bureau
1754 Utica Square
Tulsa, OK 74114

Valarity Llc
P O Box 505023
Saint Louis, MO 63150