Dated: November 24, 2014,  09:03 AM

The following is ORDERED:



Niles Jackson
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

DEBTOR:   Billy D. Early and Phylesa A. Early                    CASE NO. 14-14515

ORDER GRANTING
DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

The Debtors filed a Motion to Extend the Automatic Stay (Doc 5) on the 30th day of October, 2014, and scheduled for hearing on the 25th day of November, 2014, before the Honorable Niles Jackson.  All statements of findings of fact in this order or judgment are made solely upon representation of counsel.

Counsel represents that the Motion was filed on October 30, 2014, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was November 13, 2014, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

The Court finds the Debtor's Motion to be meritorious and Orders that the Debtor's request that the Court extend the automatic stay pursuant to 11 U.S.C. §362(c)(3)(B) is granted.

IT IS SO ORDERED!

###

PREPARED AND APPROVED BY:

s/Christopher A. Wood
Christopher A. Wood, OBA#12936
CHRISTOPHER A. WOOD & ASSOCIATES, P.C.
1303 N. Western
Oklahoma City, OK 73106
cawlaw@hotmail.com
(405) 525-5005 Telephone
(405) 521-8567 Facsimile
Attorney for Debtors, Billy D. Early and Phylesa A. Early