## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

**DEBTOR:**   Billy D. Early and Phylesa A. Early                              **CASE NO. 14-14515**

### APPLICATION FOR ATTORNEY FEES AND EXPENSES

**COMES NOW** the Debtor's attorney of record in the above-styled case, Christopher A. Wood, and requests reimbursement for fees and expenses from funds on hand from the Chapter 13 Trustee. In support thereof, counsel would show the court as follows:

1. Counsel received $500.00 prior to filing the Chapter 13 case on October 29, 2014, with $310.00 applied to the filing fee of $310.00.

2. Counsel represented Debtor at the Meeting of Creditors on December 11, 2014, 2014 and the confirmation hearings on January 13, 2015 and February 10, 2015.

4. Counsel requests a total fee of $1,750.00 for the filing of the Chapter 13 case, for a remaining fee of $1,250.00 be paid to Counsel for fees and costs as set forth, from the funds held by the Chapter 13 Trustee.

**WHEREFORE**, Debtor's counsel requests that this Application for Attorney Fees and Expenses be granted and any other relief that he may be entitled to, according to bankruptcy law.

                                                s/Christopher A. Wood  
                                                Christopher A. Wood, OBA#12936  
                                                CHRISTOPHER A. WOOD & ASSOCIATES, P.C.  
                                                1303 N. Western  
                                                Oklahoma City, OK 73106  
                                                cawlaw@hotmail.com  
                                                (405) 525-5005 Telephone  
                                                (405) 521-8567 Facsimile  
                                                Attorney for Debtor, Billy and Phylesa Early